IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-146-BO

| | |
|---|---|
| PAMELA C. STRICKLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

ORDER

This matter is before the Court on Plaintiff's motion for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The parties have agreed that $4,784.00 is an appropriate fee under the EAJA for the services in this case.

Accordingly, Plaintiff is awarded attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of $4,784.00.

SO ORDERED, this ___ day of October, 2014.

Terrence W. Boyle
United States District Judge